QUIN DENVIR, Bar No. 49374
Federal Defender
NED SMOCK, Bar No. 236238
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Steven Charles Clyde

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-05-483 WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| STEVEN CHARLES CLYDE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Michelle Rodriguez, and defendant Steven Charles Clyde, by his counsel, Ned Smock, hereby stipulate and agree that the judgment and sentencing date now scheduled for February 2, 2006 be vacated and the case be rescheduled for judgment and sentencing on March 16, 2006 at 2:00 PM.

This continuance is being requested by defense counsel because the defense needs time to have Mr. Clyde evaluated by an expert for sentencing purposes. That expert needs time to evaluate Mr. Clyde, speak to drug treatment providers, review relevant records, and prepare a report to be submitted to United States Probation and the

1

Court.

    The parties have also agreed that the schedule of disclosure will be moved back as follows:

Proposed date:      2/9/06

Objection date:     2/23/06

Report date:        3/2/06

Correction date:    3/9/06

Sentencing date:    3/16/06


                              Respectfully submitted,

                              MCGREGOR SCOTT
                              United States Attorney


DATED:   December 2, 2005     /s/ Michelle Rodriguez
                              MICHELLE RODRIGUEZ
                              Assistant U. S. Attorney



DATED:   December 2,2005      /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              STEVEN CHARLES CLYDE


                         **O R D E R**

        FOR GOOD CAUSE SHOWN IT IS SO ORDERED.


DATED:   December 5, 2005


                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

2